UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

|  |  |
|---|---|
| LAMONT WRIGHT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) Civil Action No: 14-272 (RBW) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE et al., | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time until August 8, 2014, in which to respond to Plaintiff's Complaint. As Plaintiff is currently incarcerated and proceeding *pro se*, counsel for Defendants has not conferred with Plaintiff pursuant to Local Civil Rule 7(m). Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's amended complaint is currently due on June 6, 2014.

2. Defendant is in the process of conducting a search for records responsive to Plaintiff's FOIA request, as well as records responsive to other similar FOIA requests that are the subject of five other recently filed actions— *Gilliam v. Courter et al.*, Case No. 14-00036 (EGS); *House v. Courter et al.*, Case No. 14-00020 (RJL);

*Jackson v. Dep't of Justice*, Case No. 14-00192 (ABJ); *Ellis v. Dep't Of Justice*, Case No. 13-2056 (JEB); *Agurs v. Dep't of Justice*, Case No. 14-0188 (RC).

4. Defendant estimates that, in the instant matter, it will complete its review of any records responsive to Plaintiff's FOIA request and begin drafting a declaration that Defendant intends to use in support of a dispositive motion in early August 2014.

5. Defendant requests this extension of time in good faith, without any purpose of delay. Granting this motion will not unfairly prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests an extension of time until August 8, 2014, in which to respond to Plaintiff's complaint. A proposed order is attached.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

*/s/ RAFIQUE ANDERSON*
Rafique Anderson, D.C. Bar #493243
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2568
Fax: (202) 514-8780
Rafique.Anderson@usdoj.gov

Dated: June 5, 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2014, a true and correct copy of the above *Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint* was served upon *pro se* Plaintiff Lamont Wright by first class United States mail, marked for delivery to:

Lamont Wright
No. 33414-068
Northeast Ohio Correctional Cetner
2240 Hubbard Road
Youngstown, OH  44505

                                      */s/ RAFIQUE ANDERSON*
                                      Rafique Anderson, D.C. Bar #493243
                                      Special Assistant United States Attorney
                                      555 Fourth Street,
                                      N.W. Washington,
                                      D.C.  20530
                                      Tel:  (202) 252-2568
                                      Fax:  (202) 514-8780
                                      Rafique.Anderson@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) |
| | ) |
| LAMONT WRIGHT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) Civil Action No: 14-272(RBW) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| DEFENDANT. | ) |
| _____ | ) |

## **PROPOSED ORDER**

Upon consideration of defendants' Motion for Extension of Time, the grounds stated therein, any opposition thereto, and reply in support thereof, and the entire record therein, it is on this _____ day of _____, 2014, hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendants shall have up to and including August 8, 2014, to respond to Richardson's civil action.

SO ORDERED.

Date:

_____
UNITED STATES DISTRICT JUDGE